UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney standing of this Court's general bar or be granted leave by Local Rules 83.12 through 83.14.

**07CV6182**
**JUDGE GETTLEMAN**
**MAG. JUDGE DENLOW**

In the Matter of  Dusan Vucicevic  Rade Petrovic vs Sheriff of Lake County, IL & John Stokovic

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Dusan Vucicevic
Rade Petrovic

| | |
|---|---|
| SIGNATURE | Dusan Vucicevic |
| FIRM | |
| STREET ADDRESS | 6856 Fieldstone Drive |
| CITY/STATE/ZIP | Burr Ridge, IL 60527 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER  630 2882073 |

FILED
NOV - 1 2007
Nov. 1, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☒   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐