**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Dusan Vucicevic, et al.
                                Plaintiff,

v.                                                  Case No.: 1:07−cv−06182
                                                       Honorable Robert W. Gettleman

Sheriff of Lake County Illinois, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 2, 2007:

      MINUTE entry before Judge David H. Coar :In court hearing held on 11/2/2007. Plaintiffs' Emergency Motion/request for a Temporary Restraining Order or Preliminary Injunction are denied for the reasons stated on the record.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.