## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6182 | **DATE** | 1/29/2008 |
| **CASE TITLE** | Dusan Vucicdvic    vs    Rade Petrovic | | |

**DOCKET ENTRY TEXT:**

Case called for status hearing.  This cause is dismissed for want of prosecution.

[Docketing to mail  notice]

00:02

| | Courtroom Deputy | GDS |
|---|---|---|